**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | 8:22CR109 | |
| | ) | | |
| vs. | ) | | |
| | ) | ORDER | |
| ANTHONY JIMENEZ-GODINEZ, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [33].   The parties need additional time to resolve this matter short of trial. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [33] is granted as follows:

1. The jury trial now set for November 1, 2022, is continued to **December 13, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 13, 2002,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: October 13, 2022**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**