IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY JIMENEZ-GODINEZ,<br><br>　　　　　Defendant. | 8:22CR109<br><br>ORDER |

　　　This matter is before the court on the defendant's Unopposed Motion to Continue Trial [35].  For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

　　　**IT IS ORDERED** that the Unopposed Motion to Continue Trial [35] is granted as follows:

1. The jury trial now set for December 13, 2022, is continued to **February 7, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 7, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

　　　**DATED: November 23, 2022**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge